

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Little Rock Direct Dial: (501) 324-5060
Writer's Email chris.stafford@eeoc.gov
FAX (501) 324-5991
Website: www.eeoc.gov

Mr. Marvin Foster
P O Box 3874
Memphis, TN 38173
Marvinfoster714@yahoo.com

Date: 6/13/2022

Re:   846-2021-26325; Foster v Rite-Hite Products

Dear Mr. Foster:

This letter is to inform you the Commission is terminating the processing of your charge and gives notice of your right to file suit within 90 days. No further action will be taken by this office regarding your charge of discrimination. This determination concludes the processing of the charge by the EEOC, but does not affect your right to sue on your own behalf. You may pursue the matter by filing in Federal District Court as explained in the Dismissal and Notice of Rights. **You will receive an e-mail notification when the Dismissal and Notice of Rights has been uploaded into the EEOC on-line Portal and available for you to download. You should download the Dismissal and Notice of Rights document immediately upon notice.**

On 5/23/2022, a copy of the Respondent's position statement was released to you through the EEOC portal and you were provided the opportunity to respond, but EEOC received no response. All evidence collected during the investigation was thoroughly reviewed. The investigation revealed the following facts:

You alleged you were employed in 2018 and promoted to Production Trainer on about April 1, 2021 Since the beginning of your employment up until your discharge, you were subject to harassment because of your age, constantly referred to as an old man by management. You complained several times to human resources, and nothing was done. You further alleged you were discharged April 8, 2021, due to your age (57) and in retaliation for making a protected protest, in violation of the Age discrimination in Employment Act (ADEA) and Title VII of the Civil Rights Act of 1964, as amended.

Investigation failed to reveal any supportive evidence that you complained of harassment or other discrimination based on your age. You were discharged following several documented instances of performance issues, inappropriate conduct, and insubordination. There is insufficient evidence showing a causal nexus between your age and any adverse employment action, to include your discharge. Based upon the evidence gathered, EEOC is unable to conclude that there was a violation under the laws enforced by EEOC.

Sincerely,

*Chris Stafford*
Chris Stafford
Investigator



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

EEOC Form 5A (1/16)   rec'd 09/17/2021

For Official Use Only – Charge Number: 846-2021-26325

| | |
|---|---|
| **Personal Information** | Name (First, Middle, Last): Marvin Thomas Foster<br>Street Address: P.O. Box 3874<br>City: Memphis   State: Tenn.   Zip Code: 38173<br>Telephone Number: 901-315-9190   ☐ Home ☐ Work ☒ Cell |
| **Information about the company or organization you believe discriminated against you.** | Organization Name: Rite-Hite Products Corp.<br>Street Address: 601 Expressway Dr<br>City: Horn Lake   State: MS.   Zip Code: 38637<br>Your job title or the title of the job for which you applied: |
| **Why you believe you were discriminated against?** | Race ☐   Color ☐   Religion ☐   National Origin ☐<br>Sex ☐   Disability ☐   Age ☒   Genetic Information ☐<br>          Retaliation ☒   Other ☐ |
| **What happened to you that you believe was discriminatory?**<br>I have written + recorded proof. | Write a brief statement to describe the negative job action taken against you and identify the date of the action.<br>On 4-8-2021 I Marvin Foster was wrongfully terminated from Rite-Hite. Mr Darrell Jackson human resources manager stated that I was terminated for my performance, insubordination, harassment, and standard of conduct. None of that is true. I was terminated in retaliation for reporting the harassment I endured repeatedly over a 20 month period from supervisors and other employees. As well as reporting a safe maintenance repair |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or based on retaliation for filing a charge of employment discrimination, helping in someone else's complaint about job discrimination, or complaining to the employer about job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br>Signature: Marvin T Foster   Date: 9-16-21 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 846-2021-26325 |
| | | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Marvin Foster | (901) 315-9190 | 1964 |

Street Address: P.O. Box 3874, Memphis, TN 38173

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| RITE-HITE PRODUCTS | 15 - 100 | (414) 973-3876 |

Street Address: 601 Expressway Drive, Horn Lake, MS 38637

DISCRIMINATION BASED ON (Check appropriate box(es).):
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-08-2021   Latest: 04-08-2021
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment as a Welder III in July 2018, and promoted to Production Trainer on about April 1, 2021. Since the beginning of my employment up until my discharge, I have been subject to harassment because of my age. I was constantly referred to as an old man by management. I complained several times to human resources, and nothing was done. I was retaliated against for my complaints and on April 8, 2021, I was discharged for fabricated reason.

I believe I have been discriminated against because of m age (57) and in retaliation for making a protected protest, in violation of the Age discrimination in Employment Act (ADEA) and Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Oct 21, 2021
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

OCT 26 2021