846-2021-26325

EXHIBIT

#1

# Employee Statement Form

**Employee Name:** Marvin Foster      **Date:** 10-24-19

**Area:** QA. GREEN LINE

Describe in detail what happened.

On 10-23-19 I was doing weld inspection in the green line frame install when Andy walk up to me and said the guys on the other side of the paint booth had a top to deck gap. I told Andy that they knew what to do with the problem. I told him they could not fix the problem. They have to non-conform and send it to rework for repair. When Andy saw that I continued to do my weld inspection, he then stopped Gary and told him the same thing he told me. Gary stopped and went to take a look at the problem. I soon went to take a look as well.

**Employee Signature:** Marvin Foster

OVER

(1) PAGE #2 ~~ulose~~ I look at the deck to lip match and Gary did as well. Gary asked me what I wanted to do about this. I told Gary they know what to do if we have a gap between the lip & deck. Write it up and send it to rework. At this point I told Andy that we have this over here everybody knows what to do and that he needs to go back to his work area. Andy started yelling I don't tell him what to do and that I needed to take that up with Pat. He then said I was harassing him a told me to take my ass back to the other end. I left and went back to the other end. After making a few more weld inspection it dawned on me a conversation that Andy I had the day before; in which he said he learned when he went to

PAGE #3 of 4

# Employee Statement Form

**Employee Name:** Marvin Foster
**Area:** QA. GREEN LINE
**Date:** 10-24-19

**Describe in detail what happened.**

really don't matter. So went back to ask him if he remebered what he said. He blew up again saying I keeps harassing him and all I did was asked him do you remeber what you said you learned in Milwaukee? Andy was the person yelling and making a scene. Not only was Andy out of his work area he was distracting 4 employees from doing there work, and stopping the line for somthing the line did not need to be stopped for. To make matters worse.

**Employee Signature:** Marvin Foster

OVER →

Page #4

Andy falsified documentation & defamed my character. This has been a on going problem with Andy. Employers Lee & Dexter have told me that Andy talks about me behind my back saying things like "He is going to do a QTR on me" & that "I don't know what I'm doing." The employers that were present on 10-23-19 were Gary D.T. & Lewis.

Marvin Foster
10-24-19