846-2021-26325

EXHIBIT

#2

# RHPC

## Quality Improvement Request

| | |
|---|---|
| QIR# | 20200063 |
| QIR Type: | QIR |

| | |
|---|---|
| Date Created: | 02/20/2020 |
| Date Submitted: | 02/20/2020 |
| Created By: | Marvin Foster |

| | |
|---|---|
| Status: | Open |
| Department: | MFG Engineering – David Bahniuk |
| Department Manager: | David Bahniuk/Memphis/Rite-Hite/Rite-Hite |
| Project Manager / Closer: | Engineering Team |
| Current Assign to: | Engineering Team |
| Copy To: | Patrick Ginn/Memphis/Rite-Hite/Rite-Hite, Jackie Dunson/Memphis/Rite-Hite/Rite-Hite, Alex Clubb/Memphis/Rite-Hite/Rite-Hite |

| | | | |
|---|---|---|---|
| Working Status: | 00 – New | | |
| Category: | | Priority: | New |
| | | Estimated date to sign off: | 02/21/2020 |
| Plant Affected: | | | |
| Predecessor(s): | | | |

| | | | |
|---|---|---|---|
| ECN/QIR Release Date: | | Estimated Implementation Date: | |
| Date Closed: | 02/21/2020 | Date Rejected: | 02/22/2020 |
| Date Finalized: | | Track Implementation: | ☐ Yes |

| | | | |
|---|---|---|---|
| Order#: | | Supplier: | |
| Part #: | | PO#: | |
| Serial #: | | Problem Code: | Workmanship |
| Product Line: | AL9, HL9, ML9, RHA40, RHH40, RHM40, RHV41 | | |
| QIR Title: | Robot not welding to spec. | | |

**Problem Description:**  A lot of the robot welds are not only to short but poorly placed. The weld spec. calls for a 50%/50% weld but a lot of the robot welds are 70%/30% welds. I have e- mailed missed welds mark up charts showing the exact location and problem with the welds and very little has been done.

**Estimated Cost & Benefit of QIR:**

**Root Cause & Corrective Action:**  This item was addressed 02/20/20 by the Manufacturing Engineering Team at the robot cell. In a follow up with the Director of Eng it was confirmed there is not 50-50 weld spec. proper welding is offset due to the proportional thickness of the parent metal as it is in this particular case. the weld tool was either not used or used incorectly at the time of QIR issuance. Missed weld mark up charts show welds in areas that have been addressed. the modification of platform robot work instructions shows evidence of an auditor not familier with work instructions on the plant floor as

the work instructions for the second weld out confirms operator responsibility for platform weld out inspection as has been the case since robot cell installation.

**General Notes & Actions Taken to Date:**

Mr.Bahniuk if the metal thickness was the problem the robot would misplace all the welds the same. This is not the case. Some of the welds are to short by this I mean 2" welds when the drawing calls for 3" welds. Mr. Bahniuk I do not need a weld gauge to see a 70%/30% weld and you do not need a gauge either. If you recall we had the same problem on the lip robot. You still have a QIR that has not been closed for that as well. Your crew reset the welds and the problem went away .I have read the work instructions and know that the robot work cell is one of the few instructions that do not have the operators check and or correct the work that they produce in the instructions . This step has been added to the instructions. This lack of checking and repairing causes extra work for other stations down the line and leaves problems that never get repaired. This also slows production repairing others mess ups. If the robot operators do not check the product coming out of the robot they will not know when the machine is malfunctioning. As for the 50%/50% weld spec. Until engineering adds a specific weld leg size specification to the drawing to tell us what size they want each weld leg to be they will remain 50%/ 50% each leg until the drawings shows different. I will continue to send you a daily missed weld chart until we resolve these problems. Hopefully the mark ups will go away. If not you need to call tech support to see why

your changes are not holding. here are some RHV pictures from 2/22/20.20200222_110735_HDR.jpg

 

20200222_110809_HDR.jpg20200222_110845_HDR.jpg20200222_110713_HDR.jpg

DOC-0403-0394 Platform Robotic Workcell Work Instructions Rev 3.0.pptx

**Reject Reason:**
Reason for this rejection is in the general notes. In short problems not resolve.

**Attachments:**

502dxxx.edrw 320200220_131218_HDR.jpg

402dxxx.edrw 90001861 20200219_110412_HDR.jpg