846-2021-26325

EXHIBIT

#3

Sign in

**RITE HITE**
**3.3** 25 reviews

Follow | Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

< View all RITE HITE reviews

**3.0**

## Exhausting and often abusive

Production Welder/Fabricator (Former Employee) - Horn Lake, MS - October 18, 2018

Management have no related experience and maintain a arrogant and verbally abusive attitude towards average employee's all of which have only a military backgrounds and only seem to promote others with the same . sadly rite hite is the most racially divided work place I'v ever seen with little attempt made to hide the bias tword the under represented group.

**Pros**

Pleanty of free junk ...and benifits

**Cons**

Nonstop rapid and never ending and ever increasing work load with unrealistic expectaions

**Ratings by category**

- **1.0** ★ Work/Life Balance
- **3.0** ★ Compensation/Benefits
- **2.0** ★ Job Security/Advancement
- **1.0** ★ Management
- **1.0** ★ Culture

Was this review helpful?

Yes 1 No 1

EXHIBIT #3 Pg 1

View all 25 reviews

 indeed

Sign in

**RITE HITE**
**3.3** 25 reviews

Follow | Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

< View all RITE HITE reviews

**1.0**

## Could Be a good company but Management will run the compnay in the ground

Former Supervisor (Former Employee) - Horn Lake, MS - May 15, 2018

Worked at RH for over 5 years and when I started it was a decent company but when I was forced out it was a totally different company. Top management didn't know what they were doing and had no concern for employee safety or well-being. Advice for someone seeking a career, keep looking!

**Ratings by category**

- 2.0 ★ Work/Life Balance
- 3.0 ★ Compensation/Benefits
- 1.0 ★ Job Security/Advancement
- 1.0 ★ Management
- 1.0 ★ Culture

Was this review helpful?

Yes No

View all 25 reviews

## Similar reviews

Same location

**5.0**

EXHIBIT #3 pg #2

Sign in

RITE HITE
3.3 25 reviews

Follow Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

< View all RITE HITE reviews

1.0

## Sad workplace

Manager (Current Employee) - Memphis, TN - September 16, 2019

The parent company in Milwaukee has zero input in the management of the facility. The plant manager has zero concern for the well-being of his people or staff leading to a high rate of turnover and low morale.

**Pros**
Decent pay

**Cons**
Don't care about people

**Ratings by category**

1.0 ★ Work/Life Balance
2.0 ★ Compensation/Benefits
1.0 ★ Job Security/Advancement
1.0 ★ Management
1.0 ★ Culture

Was this review helpful?

Yes No

View all 25 reviews

EXHIBIT #3
Pg 3

Sign in

RITE HITE
3.3 25 reviews

Follow | Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

< View all RITE HITE reviews

1.0

## Terrible place to work

Tax Analyst (Former Employee) - Brown Deer, WI - November 24, 2020

Forces their religious beliefs down your throat. Make you work ridiculously long hours with no room for advancement. Fellow employees were fired for no reason. Avoid if at all possible.

Ratings by category

- 1.0 ★ Work/Life Balance
- 1.0 ★ Compensation/Benefits
- 1.0 ★ Job Security/Advancement
- 1.0 ★ Management
- 1.0 ★ Culture

Was this review helpful?

Yes 1 No

View all 25 reviews

## Similar reviews

Same location

4.0

EXHIBIT #3 PG #4



Sign in

RITE HITE
3.3 25 reviews

Follow Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

< View all RITE HITE reviews

**1.0**

## Mostly negative feedback

Manufacturing Associate II (Former Employee) - Dubuque, IA - March 19, 2020

RiteHite definitely offers a nice benefit package, beyond that probably one of the worst company in the area.

I was employed at RiteHite for 13yrs, my first 11yrs I love my job at Rite Hite. I always look forward to going to work and felt as if I was part of a important team. In the last few years I was there everything started to go down hill. RiteHite was always a company that the sky was your limit you could work hard to advance and learn as much as you wanted too. Now if you don't have a degree you are nothing. In my last few years there I never felt so depressed and unappreciated in my life. RiteHite use to have a large percentage of lifers. Slowing that percentage of employees have either quit or retired early. The turn over rate is through the roof. Never was that way before!

**Ratings by category**

2.0 ★ Work/Life Balance

3.0 ★ Compensation/Benefits

1.0 ★ Job Security/Advancement

1.0 ★ Management

1.0 ★ Culture

Was this review helpful?

Yes 2 No

EXHIBIT #3
PG #5

Sign in

Rite-Hite

55 | 3.0

Follow

Write a review

Snapshot | Why Join Us | 31 Reviews | 368 Salaries | 152 Jobs | 19 Q&A | Interviews | Photos

< View all Rite-Hite reviews

1.0

## Disrespectful and unorganized

General Laborer (Former Employee) - Dubuque, IA - February 24, 2022

Treats works like trash the upper management picks favorites and they try and find reasons to fire people just over all a horrible place to work the training there was terrible it was like trying to learn how to build a house from a tard but even a tard would do better then them

Ratings by category

1.0 ★ Work/Life Balance

1.0 ★ Compensation/Benefits

1.0 ★ Job Security/Advancement

1.0 ★ Management

1.0 ★ Culture

Was this review helpful?

Yes 2 No 1

View all 31 reviews

## Similar reviews

Same location

3.0

EXHIBIT #3 pg #6

Sign in

**RITE HITE**
**3.3** 25 reviews

Follow | Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

< View all RITE HITE reviews

**1.0**

## You are just a number#

Sewer (Former Employee) - Dubuque, IA - August 22, 2021

Gossip, Harassment, Favoritism, Nobody has your back or will help you in management or your supervisor or your Trainer, the only good part about it is the pay but you earn your pay with everything I've mentioned above certain people are allowed to be on their phones at their station or go in the bathroom and be on their phones or walk around and wander around and not do anything and others like myself I felt like I was in jail I'm constantly watch ridiculed for what I do and I just go into work and do the best that I can do, pass on working at Rite Hite , you can do so much BETTER

**Pros**
Pay

**Cons**
Everything

**Ratings by category**

1.0 ★ Work/Life Balance
1.0 ★ Compensation/Benefits
1.0 ★ Job Security/Advancement
1.0 ★ Management
1.0 ★ Culture

Was this review helpful?

Yes 1 No

EXHIBIT #7 #3 pg

indeed

Sign in

RITE HITE
3.3 25 reviews

Follow Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

‹ View all RITE HITE reviews

4.0
## Built industrial doors and fans

Assembly Line Production Worker (Former Employee) - Dubuque, IA - October 1, 2015

I worked for this company for 7 years. Left the company after a disagreement with supervisor. I enjoyed the work I did, but the management was poor.

**Pros**
No overtime

**Cons**
poor supervisors

Ratings by category

3.0 ★ Work/Life Balance

4.0 ★ Compensation/Benefits

4.0 ★ Job Security/Advancement

2.0 ★ Management

2.0 ★ Culture

Was this review helpful?

Yes 4 No

View all 25 reviews

EXHIBIT #3
pg # 8



Sign in

RITE HITE
3.3 25 reviews

Follow | Write a review

Snapshot | Why Join Us | 25 Reviews | 3 Salaries | Jobs | 10 Q&A | Interviews | Photos

< View all RITE HITE reviews

**2.0**

## Long hours and out town vet frequently

Field Service Technician II (Current Employee) - Lancaster, PA - March 4, 2020

If you're looking to work out of town 11/12 hours a day this job is for you. If not, than keep looking. You never know what time you're getting home. Customer comes first over you family and quality of life. Management is a circus and unorganized.

**Ratings by category**

2.0 ★ Work/Life Balance

2.0 ★ Compensation/Benefits

1.0 ★ Job Security/Advancement

1.0 ★ Management

1.0 ★ Culture

Was this review helpful?

Yes No

View all 25 reviews

## Similar reviews

**1.0**

EXHIBIT #3
Pg #7

 

Sign in

Rite-Hite

55 | 3.0

Follow | Write a review

Snapshot | Why Join Us | 31 Reviews | 368 Salaries | 151 Jobs | 19 Q&A | Interviews | Photos

‹ View all Rite-Hite reviews

2.0

## Jobs overall it's easy just management

Welder (Current Employee) - Horn Lake, MS - July 12, 2022

Over it's pretty good job just management is pretty bad. Team leads have no clue of running the lines. For you to progress in the job you have to become there friend. Rite-Hite is a absolute joke

**Ratings by category**

- 4.0 ★ Work/Life Balance
- 4.0 ★ Compensation/Benefits
- 3.0 ★ Job Security/Advancement
- 1.0 ★ Management
- 3.0 ★ Culture

Was this review helpful?

Yes No

View all 31 reviews

## Similar reviews

Same role Same location

3.0

EXHIBIT #3
PG 10

 

Sign in

Rite-Hite

55 3.0

Follow

Write a review

31 Reviews | 368 Salaries | 150 Jobs | 19 Q&A
Snapshot Why Join Us Reviews Salaries Jobs Q&A Interviews Photos

< View all Rite-Hite reviews

3.0

## No management support

Welder (Former Employee) - Horn Lake, MS - July 13, 2021

This facitly lacks the encouragement from management/supervisors to help you succeed. Lots of dedicated workers looking to move forward and advance but lack the necessary support to accomplish that.

Ratings by category

- 4.0 ★ Work/Life Balance
- 4.0 ★ Compensation/Benefits
- 3.0 ★ Job Security/Advancement
- 2.0 ★ Management
- 2.0 ★ Culture

Was this review helpful?

Yes 2 No 1

View all 31 reviews

## Similar reviews

Same role Same location

2.0

EXHIBIT #3 # PG 11

 indeed

Sign in

Rite-Hite

55 | 3.0

Follow | Write a review

Snapshot | Why Join Us | 31 Reviews | 368 Salaries | 150 Jobs | 19 Q&A | Interviews | Photos

< View all Rite-Hite reviews

2.0

## Not great, could use improvement.

Welder (Current Employee) - Horn Lake, MS - April 27, 2021

Needs a lot of work and expect unrealistic production quantities. Management needs more experience before they should become managers, not the place a welder should be.

Ratings by category

- 2.0 ★ Work/Life Balance
- 2.0 ★ Compensation/Benefits
- 1.0 ★ Job Security/Advancement
- 2.0 ★ Management
- 2.0 ★ Culture

Was this review helpful?

Yes 2 No 1

View all 31 reviews

## Similar reviews

Same role Same location

2.0

EXHIBIT #3

PG 12



Sign in

Rite-Hite

55 3.0

Follow

Write a review

Snapshot | Why Join Us | 31 Reviews | 368 Salaries | 150 Jobs | 19 Q&A | Interviews | Photos

‹ View all Rite-Hite reviews

2.0

**They need the right people in charge.**

Welder (Former Employee) - Horn Lake, MS - September 19, 2019

The jobs are not so bad it's just the managers in charge that don't do there job the right way and they are not that safe for a company that makes safety products.

Ratings by category

2.0 ★ Work/Life Balance

5.0 ★ Compensation/Benefits

3.0 ★ Job Security/Advancement

1.0 ★ Management

3.0 ★ Culture

Was this review helpful?

Yes 3 No 1

View all 31 reviews

## Similar reviews

Same role Same location

2.0

EXHIBIT #3

Pg 13





 Sign in

Rite-Hite

55 | 3.0

Follow | Write a review

Snapshot | Why Join Us | 31 Reviews | 368 Salaries | 150 Jobs | 19 Q&A | Interviews | Photos

< View all Rite-Hite reviews

3.0

## Great place for a Robot

Plant Industrial Journeyman Electrician (Former Employee) - Horn Lake, MS - March 15, 2020

Right wrong or indifferent, no understanding of personal issues at home. Watched a guy miss everyday for a month before they laid him off. Fired me for being 3 minutes late. HR and the hands are far from on the same page.

**Ratings by category**

- 4.0 ★ Work/Life Balance
- 5.0 ★ Compensation/Benefits
- 2.0 ★ Job Security/Advancement
- 1.0 ★ Management
- 1.0 ★ Culture

Was this review helpful?

Yes 3 No 1

View all 31 reviews

## Similar reviews

Same location

2.0

EXHIBIT #3

pg #14