# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### NOTICE

**MARVIN FOSTER**                                                                                    **PLAINTIFF**

**VS.**                               **CASE NO.: 3:22-cv-171-MPM-JMV**

**RITE-HITE PRODUCTS CORPORATION**                         **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| **U.S. FEDERAL BUILDING**<br>**305 Main Street**<br>**Greenville, MS 38701** | **TELEPHONIC** |
| | *Date and Time*<br>**DECEMBER 16, 2022**<br>**10:00 A.M.** |

*Type of Proceeding*

**TELEPHONIC SETTLEMENT CONFERENCE**
**BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN**

**COUNSEL, PLAINTIFF(S), DEFENDANT(S), AND REPRESENTATIVE(S)**
**WITH FULL SETTLEMENT AUTHORITY MUST ATTEND UNLESS EXCUSED BY THE COURT.**

***CALL-IN INFORMATION***
**CALL-IN TELEPHONE NUMBER: 877-336-1839 - ACCESS CODE: 8702105**
*Participants press # as indicated.*

                                                     **DAVID CREWS, Clerk of Court**

                                                     By:   /s/ *Itonia R. Williams*
                                                                    Courtroom Deputy Clerk

Date: October 14, 2022

**IF YOU HAVE ANY QUESTIONS, CONTACT ITONIA R. WILLIAMS AT 662-335-9214.**
**OR VIA EMAIL: itonia_williams@msnd.uscourts.gov.**