

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**MARVIN FOSTER**                                        **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.: 3:22-cv-171-MPM-JMV**

**RITE-HITE PRODUCTS CORPORATION**                    **DEFENDANT**

---

## ACKNOWLEDGMENT OF RECEIPT

---

I, **MARVIN FOSTER**, hereby acknowledge that I have this day received a copy of the

following documents filed in the above matter.

- Minutes, docket #8
- Case Management Order, docket #9
- Notice of Trial, docket #10
- Notice of Telephonic Settlement Conference, docket #11
- Notice of Final Pretrial Conference, docket #12
- Order Governing Pretrial Conference and Preparation of Final Pretrial Order, docket #13

This, the 24th day of *October*, 2022.

By: _[signature]_

Printed Name: *Marvin Foster*

**Please return this Acknowledgment Form to:**

Clerk, U.S. District Court
911 Jackson Avenue, Room 369
Oxford, MS  38655-3622



© U.S. Postal Service; June 2020; All rights reserved.

U.S. POSTAGE PAID
PM
MEMPHIS, TN
38103
OCT 25 22
AMOUNT
**$9.90**
R2309Y155285-17

1005          38655

★ **MAIL** ★

ORDER FREE SUPPLIES ONLINE

**FROM:** Marvin Foster
PO Box 3874
Mphs. Tenn. 38173

**TO:** Clerk, U.S. District Court
911 Jackson Ave. Rm 369
Oxford, MS. 38655-3622

EXPECTED DELIVERY DAY: 10/26/22

USPS TRACKING® #

9505 5141 9113 2298 2810 00

PRESS FIRMLY

PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

EP14B June 2020
OD: 10 x 6

PS00000100012