IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MARVIN FOSTER**                                                                                                 **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO: 3:22-CV-171-MPM-JMV**

**RITE-HITE PRODUCTIONS CORPORATION**                          **DEFENDANT**

### ORDER OF DISMISSAL

The Plaintiff filed a Stipulation of Dismissal with Prejudice, ECF No. 23. The parties have reached a settlement in this matter and stipulate that all claims should be dismissed with prejudice and that each party shall bear its own costs and attorney fees.

THEREFORE, IT IS ORDERED that this suit is DISMISSED WITH PREJUDICE in its entirety. It is further ORDERED that each party shall bear its own costs and fees.

This, the 5th day of April, 2023

                                                     /s/Michael P. Mills
                                                     UNITED STATES DISTRICT JUDGE
                                                     NORTHERN DISTRICT OF MISSISSIPPI